FILE COPY

No. 07-15-00195-CR

| | | |
|---|---|---|
| In re R. Wayne Johnson, Relator | § | Original Proceeding |
| | § | June 2, 2015 |
| | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated June 2, 2015, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is dismissed.

o O o